

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00020-CR

| | | |
|---|---|---|
| JUAN JESUS ALVAREZ, Appellant | § | On Appeal from Criminal District Court No. 4 |
| | § | of Tarrant County (1560709D) |
| V. | § | October 26, 2023 |
| | § | Memorandum Opinion by Justice Wallach |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgments on Counts Two and Three. The cumulation-order portion of each judgment are modified to read:

> The sentences imposed under Counts Two and Three shall commence when the sentence imposed in cause number 1244142D—out of the 372nd District Court, Tarrant County, Texas, on January 6, 2012, for a term of twenty-five years for the offense of aggravated sexual assault of a child under fourteen years of age—ceases to operate.

The trial court's written judgment on Count Two is modified to reflect "Fines: $0.00."

It is ordered that the judgments of the trial court are affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
     Justice Mike Wallach